AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
JUN 1 4 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HEIDI CHERIE JONES | ) | Case No.  4:17 MJ 5143 NAB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ June 12, 2017 _____ in the county of _____ St. Louis _____ in the
_____ Eastern _____ District of _____ Missouri _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | Wire Fraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Postal Inspector Rhonda Maratea, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/14/2017

_____
*Judge's signature*

City and state: St. Louis, Missouri

Honorable Nannette A. Baker, U.S. Magistrate Judge
*Printed name and title*